LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
ROBERT V. PRONGAY (#270796)
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

Jeremy A. Lieberman
Francis P. McConville
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
E-mail:  jalieberman@pomlaw.com
              fmcconville@pomlaw.com

Patrick V. Dahlstrom
**POMERANTZ LLP**
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:  (312) 377-1184
E-mail: pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHONGMIN WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARROWHEAD RESEARCH CORPORATION, CHRISTOPHER R. ANZALONE, and BRUCE D. GIVEN,<br><br>Defendants. | Case No.  14-cv-07890-CBM-(ASx)<br><br>**ORDER**<br><br><br><br>DATE:      January 13, 2015<br>TIME:      10:00 a.m.<br>JUDGE:   Hon. Consuelo B. Marshall<br>CTRM:     2 – 2nd Floor |

ORDER

| | |
|---|---|
| SOL M. ESKINAZI, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    vs.<br><br>ARROWHEAD RESEARCH CORPORATION, CHRISTOPHER R. ANZALONE, and BRUCE D. GIVEN,<br><br>              Defendants. | Case No.  14-cv-07911-CBM-AS |

ORDER

**WHEREAS,** the Court has considered the competing motions for Appointment of Lead Plaintiff and Approval of Counsel,

### IT IS HEREBY ORDERED THAT:

### CONSOLIDATION

1. The above-captioned cases are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Arrowhead Research Corp., Sec. Litig.*, Master File No. 14-cv-07890-CBM-AS.

### APPOINTING LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

2. Having reviewed all pending Motions and accompanying Memoranda of Law, the Court hereby appoints Noelle M. Strogoff, on behalf of the Strogoff Family Trust U/D/T (collectively, the "Strogoff Trust" or the "Trust") as Lead Plaintiff. The Strogoff Trust satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the PSLRA.

2. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained the law firms of Pomerantz LLP as Lead Counsel and Glancy Binkow & Goldberg LLP as Liaison Counsel in this action, and the Court hereby approves these selections.

3. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

      (a)    to coordinate the briefing and argument of motions;

      (b)    to coordinate the conduct of discovery proceedings;

      (c)    to coordinate the examination of witnesses in depositions;

      (d)    to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

      (e)    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

      (f)    to coordinate all settlements negotiations with counsel for defendants;

      (g)    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

      (h)    to supervise any other matters concerning the prosecution, resolution or settlement of the Action.

4.    No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

5.    Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

6.    Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokesperson for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

7.      Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery.

8.      During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation. The Court further orders that all the pending motions that are on calendar for February 10, 2015 at 9:00 am, are hereby vacated and taken under submission. No one is to appear on February 10, 2015.

IT IS SO ORDERED.

Dated: February 5, 2015

_____
Honorable Consuelo B. Marshall
United States District Judge
Central District of California

ORDER