UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ARROWHEAD RESEARCH CORPORATION, SECURITIES LITIGATION | No. 2:14-cv-07890-CBM-ASx<br><br>**JUDGMENT** |

On March 29, 2016, the Court issued an order granting Defendants' motion to dismiss the operative complaint in its entirety with leave to amend to file a second amended complaint no later than April 8, 2016. (Dkt. No. 93.)

On April 8, 2016, Plaintiff filed a motion for reconsideration pursuant to Local Rule 7-18, which the Court denied on August 18, 2016, giving Plaintiff an opportunity to file a second amended complaint no later than September 7, 2016, and advising that a failure to file a second amended complaint by that date could result in dismissal of the case with prejudice. (Dkt. No. 98.)

Plaintiff failed to file a second amended complaint on or before September 7, 2016, and the Court dismissed the case with prejudice on September 12, 2016. (Dkt. No. 99.)

The parties filed a joint stipulation requesting the Court to enter judgment in this case reflecting that the Court has granted Defendants' motion to dismiss, denied Plaintiffs' motion for reconsideration, and dismissed the action with prejudice. (Dkt. No. 100.)

Consistent with the Court's Orders referenced above (Dkt. Nos. 93, 98, 99), and the stipulation of the parties (Dkt. No. 100), this action is dismissed with prejudice and judgment hereby entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: October 7, 2016

Honorable Consuelo Marshall
United States District Judge

JUDGMENT
NO. 2:14-CV-07890-CMB-ASx